IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RACHELLE PIRTLE,                                                                      PLAINTIFF
o/b/o A.P., a minor

v.                                    Case No. 4:07-cv-4018

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Comes now the Court on this the 22nd day of January, 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/   Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge